UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONZO REELS | CIVIL ACTION |
| VERSUS | NO.  11-2593 |
| OMEGA PROTEIN, INC. | SECTION "N" (1) |

# O R D E R AND REASONS

Considering the Consent Motion to Extend the Deadlines to File Dispositive Motions and Complete Discovery (Rec. Doc. 23),

**IT IS ORDERED** that the Motion is **GRANTED**.  The deadline for filing dispositive motions is extended to **June 12, 2012**, permitting a hearing date of June 27, 2012.  Although the Court has extended the deadline for filing dispositive motions, such motions that are not filed and served in sufficient time to permit submission date on or prior to the original deadline of June 7, 2012 may not  be ruled upon in advance of trial.  In the interest of allowing sufficient time for the Court to consider and rule on such motions, Counsel are strongly urged to file dispositive motions as soon as possible, and within the originally set deadline.

**IT IS FURTHER ORDERED** that the June 7, 2012 deadline to complete discovery is extended to **July 23, 2012**.

New Orleans, Louisiana, this 16th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**