UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONZO REELS | CIVIL ACTION |
| VERSUS | NO.  11-2593 |
| OMEGA PROTEIN, INC. | SECTION "N" (1) |

# O R D E R AND REASONS

Before the Court is Plaintiff's Motion to Exclude the Statement of Alonzo Reels (Rec. Doc. 41), which Defendant opposes (Rec. Doc. 42).  Considering all the parties' submissions, the Court rules as follows:

**IT IS ORDERED** that the Motion is **DENIED** without prejudice to Plaintiff re-urging the motion if the transcript of the statement does not accurately reflect the recording of the statement. Plaintiff's counsel is instructed to review the tape and the transcript simultaneously to evaluate the accuracy of the transcript.  Any objection to the accuracy of the transcript is referred to trial.

New Orleans, Louisiana, this 30th day of July, 2012.

**KURT D. ENGELHARDT**
**United States District Judge**